# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of | |
|---|---|
| A white in color 2006 Chevrolet Malibu, 4-door passenger vehicle Bearing Arizona License Plate "86A92H" and Vehicle Identification Number: 1G1ZW53106F237867, located at the GRPD Impound Lot, 639 W. Seed Farm Road Sacaton, Arizona | Case No. 24-8331MB |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of __Arizona__.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   __6-27-24__
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty.

__in AZ.__
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)   ☐ for 30 days (not to exceed 30)
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __6-13-24  2:39 pm__

Judge's signature

City and State: __Phoenix, Arizona__

__Honorable John Z. Boyle, U.S. Magistrate Judge__
*Printed name and title*

**Attachment A**

**Property to be photographed**

Vehicle: A white in color 2006 Chevrolet Malibu 4-door passenger car bearing Arizona registration plate 86A92H. VIN 1G1ZW53106F237867

**Location of vehicle:** Gila River Police Department Impound lot, located at 639 W Seed Farm Rd Sacaton, AZ 85147



## **ATTACHMENT B**

### **ITEMS TO BE SEIZED**

Evidence in the form of:

1. Digital photographs of the interior of the vehicle

From the inside of a white in color 2006 Chevrolet Malibu 4-door passenger car bearing Arizona registration plate 86A92H, VIN 1G1ZW53106F237867, as described in Attachment A.

Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br><br>A white in color 2006 Chevrolet Malibu, 4-door passenger vehicle Bearing Arizona License Plate "86A92H" and Vehicle Identification Number: 1G1ZW53106F237867, located at the GRPD Impound Lot, 639 W. Seed Farm Road Sacaton, Arizona | Case No. 24-8331MB |

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Detective Benjamin Lovell, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**As further described in Attachment A.**

Located in the District of _Arizona_, there is now concealed:

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is:

    X evidence of a crime;
    ☐ contraband, fruits of crime, or other items illegally possessed;
    ☐ property designed for use, intended for use, or used in committing a crime;
    ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. § 1153 and 113(a)(6) | Assault resulting in serious bodily injury |

The application is based on these facts:
    **As set forth in Attachment C, incorporated herein by reference.**
    ☒ Continued on the attached sheet.
    ☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Raynette Logan _RL_
Telephonically Sworn

_Benjamin Lovell_
Applicant's Signature

Gila River PD Detective Benjamin Lovell
Applicant's printed name and title

Date issued: 6-13-24  2:39p

_[signature]_
Judge's signature

City and State: Phoenix, Arizona

Honorable John Z. Boyle, U.S. Magistrate Judge
Printed name and title

## Attachment A

## Property to be photographed

**Vehicle:** A white in color 2006 Chevrolet Malibu 4-door passenger car bearing Arizona registration plate 86A92H. VIN 1G1ZW53106F237867

**Location of vehicle:** Gila River Police Department Impound lot, located at 639 W Seed Farm Rd Sacaton, AZ 85147



## **ATTACHMENT B**

### **ITEMS TO BE SEIZED**

Evidence in the form of:

1. Digital photographs of the interior of the vehicle

From the inside of a white in color 2006 Chevrolet Malibu 4-door passenger car bearing Arizona registration plate 86A92H, VIN 1G1ZW53106F237867, as described in Attachment A.

# ATTACHMENT C

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Benjamin Lovell, a Detective with the Gila River Police Department (GRPD) being duly sworn, depose and state as follows:

## INTRODUCTION

The facts of this case, as more fully detailed herein, are that on or about December 12, 2023, within the confines of the Gila River Indian Community ("GRIC"), within the District of Arizona HARLAN OSIFE ("OSIFE") violated federal law by assaulting R.L., in violation of Title 18, United States Code, Sections 1153 and 113(a)(6), Assault Resulting in Serious Bodily Injury. I am requesting that the Court issue a search warrant to obtain digital photographs of the interior of the 2006 Chevrolet Malibu four (4) door passenger vehicle, bearing Arizona license plate "86A92H" and Vehicle Identification Number (VIN) 1G1ZW53106F237867 (the "suspect vehicle"), which is further described in Attachment A. The items to be searched for and seized are further described in Attachment B.

## PRELIMINARY BACKGROUND INFORMATION

1. Your affiant graduated from the Coastal Plains Law Enforcement Training Center located in Wilson, NC in 2006 and became Arizona Peace Officer Standards and Training (AZPOST) certified in 2018.

2. Your affiant has obtained a Special Law Enforcement Commission (SLEC) through the Bureau of Indian Affairs. As such, your affiant is a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and is thereby authorized to execute arrest and search warrants under the authority of the United States. Your affiant is currently assigned to the Gila River Police Department (GRPD) Criminal Investigation Division Violent Crimes Unit and has primary investigative responsibility in Indian Country matters, to include, violent crimes, such as homicide and aggravated

1

assaults.

3. The statements contained in this Affidavit are based on information derived from my personal knowledge, training and experience, and information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, I have not set forth all of the relevant facts known to law enforcement officers. I have set forth facts I believe are necessary to establish probable cause to believe evidence of a violation of Title 18, United States Code, §§ 1153 and 113(a)(6) is located in a 2006 Chevrolet Malibu 4 door passenger vehicle, bearing Arizona license plate 86A92H and VIN: 1G1ZW53106F237867, more fully described in Attachment A, for items listed in Attachment B.

4. This Court has jurisdiction over this offense under 18 U.S.C. § 1153 because the below-described events occurred on the Gila River Indian Community (GRIC), a federally recognized tribe. Furthermore, OSIFE and R.L. are enrolled members of the GRIC.

## DETAILS OF INVESTIGATION

5. On December 12, 2023, I was instructed by GRPD Acting Sgt. J. Vargas to respond to the initial scene of an investigation for a reported aggravated assault.

6. On December 12, 2023, at approximately 1657 hours, GRIC enrolled member R.L. called 911 and advised Gila River Police Dispatch she had been shot in the stomach by an unknown assailant. R.L. stated she was at the Sacaton Gun Range (District three) which is located within the jurisdictional boundaries of the Gila River Indian Community and the District of Arizona. R.L. described the suspect vehicle as a white in color Chevrolet (Chevy) Impala bearing Arizona license plate number "8692CH" A review of the 911 audio revealed R.L. gave Dispatch "8692CH," however, Dispatch provided "8692" to responding GRPD Officers. R.L. further advised the suspects had left, and R.L.'s

2

children fled the area in a blue Ford Escape in an attempt to get to a safe place.

7. At approximately 1708 hours, GRPD Assistant Chief Morago left the Gila River Police Department (639 W Seed Farm Rd, Sacaton, AZ 85147), and moments later Morago observed a white in color Chevy four (4) door sedan matching the description of the suspect vehicle. The vehicle was seen driving in the alley way behind Four Rivers Indian Legal Service. Morago observed the vehicle park at the back of a residence located at a home on W Seed Farm Road, Sacaton, Arizona.

8. Morago observed what appeared to be two males and a female suspect exit the vehicle. Morago described the males to be dressed in black, and the female to have a green shirt on. Morago observed a male subject open the driver side rear door and fumble around in the vehicle for a little while. After he closed the door, Morago witnessed the female exit from the front passenger seat. Morago noted upon exiting the vehicle, the suspects went inside of the home. Morago proceeded to ask GRPD Dispatch (Dispatch) for the partial plate that was given over the radio. Dispatch advised the partial plate provided was "8692". Morago stated the vehicle parked at this residence had an Arizona license plate number bearing "86A92H", which was a close match. Morago requested additional units to help cover the perimeter of the home.

9. GRPD Officers Mixis, Bustillos, and Murphy arrived on scene to assist. The homeowner of the residence was identified on scene as L.T. L.T was told the reason for Officers being at her home. L.T. was cooperative and went into the home and had the two males and female that were observed in the suspect vehicle by Morago, exit the home. OSIFE, V.T. and M.R. exited the residence. The three subjects were detained and placed in patrol cars on scene.

10. A tribal search warrant was ultimately obtained for the search of the residence. While executing the search warrant, the target vehicle was seized as evidence. The target vehicle was secured and transported to the Gila River Police Department (GRPD) Impound Lot located at 639 W. Seed Farm

3

Road Sacaton, Arizona. The target vehicle is registered to M.R. Upon completion of the search of the home, an empty magazine to a gun was found in a recliner chair.

11. All three suspects were transported to the GRPD for interviews. Upon arriving at the GRPD, GRPD Detective Hatley, GRPD Detective Weeden, FBI SA F. Moynihan and I began the interviews.

12. On December 12, 2023, FBI SA F. Moynihan and I interviewed M.R. after she was read her Miranda Rights. M.R. stated she woke up around 0640 hours on December 12, 2023, and went to work around 0800 hours. M.R. works for the Early Education Center located on Ocotillo Rd in Sacaton within District three (3). M.R. explained V.T. uses her vehicle during the day while she is at work. M.R. got off work at 1700 hours and was picked up by her boyfriend, V.T. M.R. stated V.T.'s brother, B.T., was in the car with him when she was picked up. After being picked up, she was driven to V.T.'s grandmother's house on Seed Farm Rd. M.R. then described seeing a white truck parked in the rear of the residence, just sitting there. Moments after arriving at the house, the cops showed up.

13. On December 12, 2023, OSIFE was brought into the interview room and advised of his Miranda rights. OSIFE advised he understood his rights and agreed to speak with law enforcement. OSIFE provided his cell phone to investigators and signed a written consent form to search the device. OSIFE said he woke up today around noon and was staying at a house on Mulberry St (Sacaton, Arizona). After waking up, he went to his grandmother, L.T.'s home. OSIFE remembers V.T. leaving around 1600 to go pick up his girlfriend, M.R., from work. While V.T. was gone, OSIFE took a shower, and when he was done with the shower, V.T. and M.R. were back at the house. OSIFE stated he took about a 40-minute shower. OSIFE stated V.T. and M.R. told him there was a white truck acting "sus" behind the house. Soon after that the cops showed up. OSIFE was detained and complied because "he didn't do anything."

14. On December 12, 2023, V.T. was interviewed by Detective Hatley and I. V.T. was advised

4

of his Miranda Rights and stated he understood them. V.T. was asked to explain his day. V.T. stated he woke up around 0700 - 0730 hours and drove to Sacaton around 0800 hours to drop off his girlfriend, M.R., at work. While she is at work, he waits at his grandmother, L.T.'s home until 1200 hours when he goes to school at the computer technology center in Sacaton. V.T. remains in school here until around 1400 hours. V.T. stated after class was over, he went back to L.T.'s home and waited until 1650 hours to go and pick up M.R. from work. After picking up M.R., they drove back to L.T.'s home to get ready for a concert. When asked what he did while he was at L.T.'s house, he responded by saying, "Nothing, Why?" V.T. then stated OSIFE went with him to pick up M.R. from work and that he arrived at the home sometime between 1400 and 1650 hours. V.T. further stated they drove straight to L.T.'s home after picking up M.R. and believed the drive to take approximately one minute.

15. On December 13, 2023, SA F. Moynihan and I interviewed the victim, R.L., at Chandler Regional Medical Center. R.L. stated on December 12, 2023, she woke up in the morning and left the house around 8 AM. R.L. picked up her girlfriend, V.H., at approximately 11:30 am to go have lunch. After lunch, she dropped V.H. off around 2-2:30 pm. Jane Doe asked R.L. to go to the gun range that day. R.L picked up Jane Doe and went to her aunt's house. A.L. let R.L. borrow her 9mm gun as it is smaller for the kids to practice at the gun range. R.L. and Jane Doe then went to Shoppers to buy some ammunition for the 9mm and the Ruger 40 caliber that belonged to V.H. Once they purchased the ammunition, R.L. and Jane Doe went to pick up the younger child, John Doe, at the house. All three left for the gun range at approximately 4-4:30pm.

16. The suspect vehicle was driving in front of them on Casa Grande Road, on the way to the range in Sacaton, AZ. R.L. noticed the car because of how many people were inside. She recalls the occupants of the vehicle being teenagers and a child. Once they all pulled into the range, the suspect vehicle parked on the far east side of the range, facing north. R.L. parked her vehicle on the outside of

5

the range while noting she needed to walk west from where she parked to get to the range targets. R.L. saw approximately 4-5 teenagers around the age of 17-19 years old and two smaller kids around 7-14 years old.

17. The suspect approached R.L. and started with what seemed like a normal conversation about guns. He disclosed to her that the gun they were shooting was also a .40 caliber weapon. He then asked, "Why are you shooting like you are going to do something?" R.L. felt like something did not feel right, so she told her kids to get in the car. R.L. continued the conversation with the suspect and told him, "Not right now... I'm just out with our kids... we're just having fun." The suspect asked her to "switch" guns with him or to give him her guns. R.L. did not want to do that. The suspected pulled out his gun, pointed it at her and stated, "I will shoot you for them then." The suspect was approximately three feet away from R.L. when he pointed the weapon towards her waist. The suspect shot R.L. causing her to fall to her knees. R.L. had the Ruger 40 caliber in her hands and the 9mm gun was in her pocket. As R.L. got shot, Jane Doe and John Doe took off in the blue Ford Escape. During the incident, the unidentified males that were with the suspect, sat back and watched. Once the suspect had shot her, they got in their car and drove from where they were parked to R.L.'s location. When she dropped to the floor, they came running up and surrounded her. They proceeded to grab her guns and magazine and then got back in the car. As the suspect was heading to the car, he remained pointing his gun at R.L. The suspect told another unidentified male (suspect 2) to, "Finish her." R.L. observed suspect 2 to be approximately 13-14 years old, wearing a gray sweater, saggy jeans with black shorts underneath and a ski mask. R.L. believed suspect 2 to be about 150-160 pounds. She described him as not too tiny, but he was not big either. He was approximately 5'5" from what she could tell. Suspect 2 was shaking and pointing a silver handgun at R.L.'s head. R.L. told him, "You don't want to do that dude... I can tell you don't want to do that...You do that, and I am done." Suspect 2 proceeded to shoot next to R.L.'s head into the dirt. She is unaware if

6

he missed or if he was attempting to make it seem like he shot her. R.L. dropped to the ground as if she had been hit again. Suspect 2 hopped into the vehicle while the car took off. R.L. told law enforcement officers that she would be able to identify the shooter if she saw a photo.

18. On December 14, 2023, I contacted M.R.'s workplace. While at Early Education Child Care Center (EECC), I spoke with M.R.'s supervisor, who was able to log into the timecard program and provided me with a printout of M.R.'s timecard. M.R.'s timecard showed her clocking out at 1700 on 12/12/23. I also reviewed the footage of the EECC parking lot that would show when M.R. was picked up.

19. On December 28, 2023, I obtained a physical copy of the aforementioned footage. I reviewed the footage and observed a vehicle with the same suspect car characteristics. The vehicle proceeded East through the parking lot when it stopped in front of what appeared to be a brick wall. I was unable to verify who was driving the vehicle or the occupants within the vehicle. I observed M.R. get into the vehicle and leave the parking lot. The time stamp on the camera was 17:01.

20. On December 15, 2023, I made contact with Hu Hu Kum hospital. I spoke with the security supervisor who was able to pull footage of the parking lot security camera. While reviewing the footage, I observed a white car travel west down Chiadag Street from Ocotillo and pull into the parking lot of the west side of the EECC building. Two unidentified suspects exit the car and proceed to walk north through the parking lot towards Chiadag St. The vehicle then left the parking lot and pulled into the northwest gate of the EECC. There was a match with the footage provided from EECC, and the aforementioned footage.

21. On December 18, 2023, at approximately 1300 hours, SA F. Moynihan and I met at Child Help located in Phoenix, Arizona, to witness a forensic interview for John Doe and Jane Doe, the two juvenile witnesses of the shooting. The forensic interview was conducted by Child Adolescent Forensic

7

Interviewer (CAFI) Amy Heil. The interview was audio and video recorded by Child Help. During the interview of Jane Doe, the CAFI presented her with two separate GRPD photo lineups. In one of the lineups, Jane Doe did not recognize anyone, and in the other lineup, she placed her initials beside photo six (6). Photo Six (6), which Jane Doe noted with initials, is suspect OSIFE.

22. On December 18, 2023, SA F. Moynihan and I observed John Doe's interview. During his interview, he was also presented with two GRPD photo lineups. On one lineup he placed his initials next to photo two (2) and photo three (3). Let it be noted that on this lineup photo two (2) is A.J. and photo three (3) is V.T. On the second photo lineup, John Doe placed his initials next to photo six (6). Let it be noted that on this lineup, photo six (6) is OSIFE.

23. On December 19, 2023, GRPD Detectives Hatley, Martinez and I conducted a follow up interview with R.L. Detective Martinez showed R.L. a photo lineup, the same photo lineup mentioned previously during the Jane Doe and John Doe interviews. I activated my Axon body worn camera and placed it on the bed side table before Detective Hatley and I exited the room. Detective Martinez advised me and Detective Hatley that R.L. positively identified photo six (6) on one of the line ups. Photo six is known to law enforcement to be OSIFE. Detective Hatley and I returned to the room to speak with R.L. She was asked how she was able to identify photo six as part of the incident. R.L. stated it was the eyebrows, hair and eyes. R.L. described OSIFE as the first shooter. Chandler Medical Records notes that R.L. suffered a gunshot wound of abdomen and vagina and treatment included repair of traumatic ventral hernia and a vaginal sidewall injury.

24. On January 23, 2024, the FBI executed Federal Search Warrant 24-8001 MB. The FBI Evidence Response Team (ERT) conducted the search on the suspect vehicle. A casing was found and sent to NIBIN for processing. There were multiple finger prints collected within the vehicle.

25. On January 26, 2024, the FBI received a NIBIN match regarding the shell casing found

within the vehicle. The NIBIN search revealed a match with the casings found during the crime scene search at the gun range in Sacaton, AZ.

26. On February 16, 2024, the FBI CART Team, executed Federal Search Warrant 24-9046 MB. The FBI Computer Analysis Response team (CART) conducted a search on OSIFE'S cellular device. The analysis revealed the last location data on December 12, 2023, was time stamped at 1612. The location showed 33.074460, -111.750592, which is approximately a 5-minute drive from the crime scene.

27. Other videos and multiple images were discovered on the cellular device. The following image had a create date of December 12, 2023 at 1612. This photo appears to have been taken from the inside of the suspect vehicle. Interior photos of the suspect vehicle were not taken to the extent which can be compared to this photo discovered on OSIFE'S cellphone, which was downloaded after the search of the suspect vehicle. For this reason, your affiant seeks this search warrant to take additional photographs of the interior of the suspect vehicle.



9

## CONCLUSION

28. Based on my training and experience, consultation with other law enforcement officers, and all of the facts as set forth in this affidavit, there is sufficient probable cause to believe a violation of Title 18, United States Code, Sections 1153 and 113(a)(6), Assault Resulting in Serious Bodily Injury, has been committed, and evidence of the crime will be found in the target vehicle as described in this Affidavit and in Attachment A. I request that the Court issue the proposed search warrant to take digital photographs of the interior of 2006 Chevrolet Malibu four (4) door passenger vehicle, bearing Arizona license plate "86A92H" and Vehicle Identification Number (VIN) 1G1ZW53106F237867.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 6/13/24

*Benjamin Lovell*
Benjamin Lovell
Detective, Gila River Police Department

Telephonically subscribed and sworn to before me this 13th day of June, 2024.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
District of Arizona